UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 27, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT FRANKLIN WHITEAKER, ) <br> ) <br> Defendant. ) | Case No. CR S-01-0512 MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT FRANKLIN WHITEAKER , Case No.  CR S-01-0512 MCE , Charge  21 USC 841(a)(1) and 26 USC 5861(d) , from custody subject to the conditions contained in the attached "Special Conditions of Release" and for the following reasons:

　　　__ Release on Personal Recognizance

　　　✔ Bail Posted in the Sum of $ 50,000

　　　　　✔ Unsecured Appearance Bond, cosigned by another individual with Pretrial Services' supervision and special conditions

　　　　　__ Appearance Bond with 10% Deposit

　　　　　__ Appearance Bond with Surety

　　　　　__ Corporate Surety Bail Bond

　　　　　✔ (Other) Defendant shall report to Pretrial Services in Sacramento once released.

Issued at  Sacramento, CA  on  July 27, 2005  at  9:19 am  .

By /s/ _____
Morrison C. England
United States District Judge

Original - U.S. Marshal

## AMENDED SPECIAL CONDITIONS OF RELEASE

RE:   Whiteaker, Robert F.
Doc. No.  CRS-01-0512 MCE

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern and Northern District of California without the prior consent of the Pretrial Services Officer;

4. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

5. You shall seek and/or maintain employment and provide verification to Pretrial Services as directed;

6. You shall, in accordance with this release order, have a Home Monitoring Unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring agency. You shall be personally responsible for the cost of your participation in this program and shall pay the monthly fee as instructed by Pretrial Services;

7. You shall remain in your residence at all times with the exception of employment purposes as approved by the Pretrial Services Officer;

8. You shall reside at 910 Percidio Ave, #4, San Francisco, California, and not change your residence or absent yourself from this residence for more than 24 hours, without the prior approval of the Pretrial Services Officer;

9. You shall refrain from use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications;

10. You shall submit to random drug or alcohol testing as approved by the Pretrial Services Officer and shall be responsible for the cost of testing;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, if deemed necessary by the Pretrial Services Officer.

12. You shall surrender your California Driver's License to the Pretrial Services Officer immediately upon being released from custody.

13. You shall self-surrender on January 17, 2005, by 2:00 p.m to the designated federal facility and if a facility has not been designated, you shall self-surrender on the same date and time to the United States Marshals in the Eastern District of California (Sacramento) or the Northern District of California (San Francisco).

November 30, 2004:glf