JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ROBERT FRANKLIN WHITEAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 01-0512-MCE |
| Plaintiff, ) | |
| ) | ~~PROPOSED~~ ORDER RE: MODIFICATION |
| v. ) | OF RELEASE CONDITIONS |
| ROBERT FRANKLIN WHITEAKER, ) | |
| ) | Hon. Morrison C. England, Jr. |
| Defendant. ) | |

For the reasons set forth in defendant's motion filed November 16, 2005, IT IS HEREBY ORDERED that defendant Robert Franklin Whiteaker's unopposed motion to modify the terms of his release conditions pending appeal is granted so as to delete the special conditions of home detention and electronic monitoring.  All other conditions upon which he has been released shall remain in effect.

Dated: November 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE