JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ROBERT FRANKLIN WHITEAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:01-cr-00512-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER RE: SELF-SURRENDER TO SERVE SENTENCE |
| v. | ) ) | |
| ROBERT FRANKLIN WHITEAKER, | ) ) | Hon. Morrison C. England, Jr. |
| Defendant. | ) ) | |

    Defendant ROBERT FRANKLIN WHITEAKER, through counsel John Balazs, and the United States, through counsel, Assistant U.S. Attorney Kenneth Melikian, hereby stipulate and request that the Court order that defendant Whiteaker surrender for service of his sentence in this case to the U.S. Marshal's Office, U.S. Courthouse, 501 I Street, 5th Floor, on Thursday, April 12, 2007, by 2 p.m.

    On July 27, 2005, this Court ordered defendant Whiteaker released pending appeal after he served approximately one-half of his 18 month sentence.  On March 26, 2007, the Ninth Circuit Court of Appeals affirmed Whiteaker's conviction in an unpublished memorandum decision. The parties now agree that Whiteaker shall self-surrender to the U.S. Marshal's Office on April 12, 2007, by 2 p.m. to serve the remainder of

1  his sentence.  U.S. Pretrial Service Officer Gina Faubian and Northern
2  District Pretrial Services Officer Timothy Elder have been advised of
3  this stipulation and have no objection.  Whiteaker's counsel has also
4  notified the U.S. Marshal's Office of this stipulation.  Counsel has
5  also advised Mr. Whiteaker of this stipulation and he agrees to
6  surrender as directed in this stipulation and order.

                                        Respectfully submitted,

    Dated:  April 9, 2007

                                        /s/ JOHN BALAZS
                                        John Balazs

                                        Attorney For Defendant
                                        Robert Franklin Whiteaker



                                        McGREGOR W. SCOTT
                                        U.S. Attorney

    Dated:  April 9, 2007
                                   By:
                                        /s/ KENNETH MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for United States




                                **ORDER**

    IT IS SO ORDERED.

 Dated: April 11, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE